JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLANS AND TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>PARALLEL'S THE ZONE, LLC, a Nevada limited liability company and PARALLEL MEDIA LLC, a Nevada limited liability company,<br><br>Defendant. | CASE NO. CV 11-06317 RSWL (PLAx)<br><br>**ORDER TO DISMISS ENTIRE ACTION**<br><br>Fed.R.Civ.P 41(a)(1)(A)(ii) |

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

Upon consideration of the joint stipulation of Plaintiffs Trustees of the Directors Guild of America - Producer Pension Plans and Trustees of the Directors Guild of America-Producer Health Plan (collectively, the "Plans" or "Plaintiffs") and Defendants Parallel's the Zone LLC and Parallel Media LLC (collectively the "Defendants"),

275693.1 12000-19066

[PROPOSED] ORDER TO DISMISS ENTIRE ACTION

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. the joint stipulation is granted;
2. the entire action is dismissed with prejudice; and
3. each party will bear its own attorneys' fees and costs.

DATED: November 15, 2011

RONALD S.W. LEW
HONORABLE RONALD S. W. LEW,
Senior, U.S. District Court Judge

275693.1 12000-19066

2

[PROPOSED] ORDER TO DISMISS ENTIRE ACTION